Terrace Ellis
1617 Foxworthy Avenue
San Jose, CA 95118
408-621-6210

Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

TERRACE ELLIS,

    Plaintiff,

vs.

BAY AREA ENERGY GROUP, et. al,

    Defendants.

Case No. CV-15-CV-2701-HRL

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff TERRACE ELLIS hereby voluntarily dismisses, with prejudice, the above-entitled action against Defendants Bay Area Energy Group, et. al. The parties have settled this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED,

DATED: February 21, 2016

By: _____ Terrace Ellis

-3-

PLAINTIFF'S VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

I, Eugenia Zertuche, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to this case. My business address is Burke Williams Spa, 355 Santana Row, #2010, San Jose, CA 95128. I hereby certify that on February 21, 2016 a true and correct copy of the Voluntary Notice of Dismissal with Prejudice was served upon Defendants' counsel via U.S. Mail, first class, postage prepaid and addressed as follows:

Khoa Bhui
1046 W. Taylor St.
Suite 206
San Jose, CA 95126

*Attorney for Defendants*
**Defendants:**
Bay Area Energy Group, et. al.

DATED: February 21, 2016

By: _____ Eugenia Zertuche